UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Planned Parenthood of Greater Texas Family Planning and Pre et al. | § § § § § § | CIVIL NO: AU:15-CV-01058-SS |
| vs. | | |
| Chris Traylor | | |

## ORDER SETTING STATUS CONFERENCE/ALL PENDING MATTERS

    IT IS HEREBY ORDERED that the above entitled and numbered case is set for **STATUS CONFERENCE/ALL PENDING MATTERS** in Courtroom 2, on the Fourth Floor of the United States Courthouse, 501 West Fifth Street, Austin, TX, on **Wednesday, October 26, 2016 at 09:00 AM**.

    IT IS SO ORDERED this 12th day of October, 2016.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE