IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PLANNED PARENTHOOD of GREATER TEXAS FAMILY PLANNING AND PREVENTATIVE HEALTH SERVICES, INC., PLANNED PARENTHOOD OF SAN ANTONIO, PLANNED PARENTHOOD OF CAMERON COUNTY, PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER, PLANNED PARENTHOOD GULF COAST, INC., and JANE DOES #1-10, on their behalf and on behalf on all others similarly situated,
    Plaintiffs,

-vs-

CHRIS TRAYLOR, Executive Commissioner, Texas Health and Human Services Commission and STUART W. BOWEN JR., Inspector General Texas Health and Human Services Commission, Office of Inspector General,
    Defendants.

Case No. A-15-CA-1058-SS

**ORDER**

  IT IS ORDERED that this case is SET FOR HEARING on **Tuesday, January 17, 2017, at 9 a.m.** in Courtroom No. 2, United States Courthouse, 501 West Fifth Street, Austin, Texas.

  SIGNED this the 22nd day of December 2016.

          SAM SPARKS
          UNITED STATES DISTRICT JUDGE