IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



PLANNED PARENTHOOD OF GREATER TEXAS FAMILY PLANNING AND PREVENTATIVE HEALTH SERVICES, INC.; PLANNED PARENTHOOD SAN ANTONIO; PLANNED PARENTHOOD CAMERON COUNTY; PLANNED PARENTHOOD SOUTH TEXAS SURGICAL CENTER; PLANNED PARENTHOOD GULF COAST, INC.; and JANE DOES ##1–10, on Their Behalf and on Behalf of All Others Similarly Situated,
                  Plaintiffs,

-vs-

CHRIS TRAYLOR, Executive Commissioner, Texas Health and Human Services Commission, and STUART W. BOWEN, JR., Inspector General, Texas Health and Human Services Commission, Office of Inspector General,
                  Defendants.

Case No. A-15-CA-1058-SS

### ORDER

BE IT REMEMBERED on the 17th, 18th, and 19th days of January 2017, the Court held a hearing in the above-styled cause, and the parties appeared in person and through counsel. During the three-day hearing concerning Plaintiffs' request for injunctive relief, the parties called 14 witnesses and admitted 397 exhibits into evidence. One of the exhibits admitted, a key piece of evidence, features an eight-hour long video (the video).

The earliest opportunity for this Court to issue a complete ruling on the evidence presented at the hearing and the extensive pleadings in this case is February 21, 2017. In addition to this

Court's normal caseload, one of the heaviest weighted dockets in the country, this Court has not one but two motions for injunctive relief before it which implicate the State of Texas and healthcare providers offering gynecological services to women. Thus, to preserve the status quo while this the Court considers the evidence and aid it in deciphering the mountain of evidence, the Court issues the following orders confirming its oral pronouncement:

IT IS ORDERED that Defendants, their employees, agents, and successors, and all others acting in concert or participating with them are temporarily enjoined from terminating the Provider Plaintiffs' Medicaid provider agreements until February 21, 2017 at 5 p.m. CST;

IT IS FURTHER ORDERED that the parties shall submit letter briefs to the court providing the time stamps of the sections referenced in counsel's closing arguments; and

IT FINALLY ORDERED that the parties may submit additional briefing, including findings of fact and conclusions of law, no later than January 30, 2017.

SIGNED this the 19th day of January 2017.

/s/ Sam Sparks
SAM SPARKS
UNITED STATES DISTRICT JUDGE