

**RECEIVED**

DEC 18 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 15, 2020

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50282    Planned Parenthood of Grt TX, et al v.
                                Cecile Young, et al
                                USDC No. 1:15-CV-1058

Dear Ms. Clack,

The following are returned:

Original Exhibits, (4 ) Env. (1 is sealed)

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Mary Frances Yeager, Deputy Clerk
                                504-310-7686